AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PERSONAL WATERCRAFT PRODUCT SARL <br><br> *Plaintiff(s)* <br> v. <br> BRANDON ROBINSON and FLYDIVE, INC. <br><br> *Defendant(s)* | Civil Action No. <br> 16-cv-62972-Moreno/O'Sullivan |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRANDON ROBINSON
36404 Lake Unity Road, Fruitland Park, FL 34731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas R. Lewis
3873 NE 22nd Way
Lighthouse Point, FL 33064
T: (954) 662-8664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Dec 19, 2016

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PERSONAL WATERCRAFT PRODUCT SARL  *Plaintiff(s)*  v.  BRANDON ROBINSON and FLYDIVE, INC.  *Defendant(s)* | Civil Action No. 16-cv-62972-Moreno/O'Sullivan |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLYDIVE, INC.
c/o GKL Corporate/Search, Inc.
One Capitol Mall, STE 660
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas R. Lewis
3873 NE 22nd Way
Lighthouse Point, FL 33064
T: (954) 662-8664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 19, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts